IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAUL E. ZAPATA,

    Plaintiff,

v.                                                    No. CIV 06-981 JB/LCS

CITY OF ALBUQUERQUE,
RONALD TORRES, AND
CAPTAIN CANDELARIA,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDING AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed February 22, 2008 (Doc. 61). Plaintiff Raul E. Zapata filed objections on March 17, 2008. See Docket No. 62. Pursuant to 28 U.S.C. § 636(b)(1), I have conducted a *de novo* review of the entire file and find Zapata's objections to be without merit. I further find that the Proposed Findings and Recommended Disposition should be adopted.

**IT IS ORDERED** that the Court adopts the Magistrate Judge's Proposed Findings and Recommended Disposition, filed February 22, 2008 (Doc. 61). A judgment consistent with this order shall be issued forthwith.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE